# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LINARES,<br><br>    Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | CASE NO. CV 14-1821 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of CARLOS LINARES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 28, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE